## 2295.    GAITHER CONSTRUCTION CO. *v.* SIMS.

HILL, C. J.    The grounds of the motion for a new trial are without merit, and the verdict is supported by the evidence.    *Judgment affirmed.*

Attachment; from city court of Atlanta—Judge Reid.    October 23, 1909.

Argued February 22,—Decided May 12, 1910.

*Candler, Thomson & Hirsch, A. W. Candler,* for plaintiff in error.    *Walter A. Sims,* contra.